Daniel O. Goforth
**GOFORTH LEWIS**
4900 Woodway, Suite 750
Houston, South Dakota 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 05-5198 CRB<br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Priscilla M. Chetoni, et al.,<br><br>                    Plaintiffs<br>vs.<br><br>Pfizer Inc,<br><br>                    Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: Dec. 28, 2009 | By: *with permission* /s/ [signature] for Shelly Sanford |
| 2 | | |
| 3 | | **GOFORTH LEWIS**<br>4900 Woodway, Suite 750 |
| 4 | | Houston, South Dakota 77056<br>Telephone: (713) 650-0022<br>Facsimile: (713) 650-1669 |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: Dec. 28, 2009 | By: [signature] |

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

[signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42634452.1